IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICKEY BROWN**
**ADC #129190**                                                                                    **PLAINITFF**

V.                           NO. 4:23-cv-00096-BRW-ERE

**HAGGARDY**                                                                                         **DEFENDANT**

## RECOMMENDED DISPOSITION

**I.**   **Procedure for Filing Objections:**

This Recommendation for the dismissal of Mr. Brown's claims has been sent to United States District Judge Billy Roy Wilson. You may file written objections to all or part of this Recommendation. Any objections filed must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If no objections are filed, Judge Wilson may adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

**II.**   **Discussion:**

On February 6, 2023, Plaintiff Rickey Brown, an inmate at the Pulaski County Regional Detention Facility, filed this § 1983 lawsuit *pro se* under 42 U.S.C. § 1983. *Doc. 2*.

With his initial filing, Mr. Brown failed to provide a completed application

for leave to proceed *in forma pauperis* (IFP); nor did he pay a filing fee. *Doc. 1*. Accordingly, on February 9, 2023, the Court directed the Clerk of Court to send Mr. Brown an IFP application and ordered him to either: (1) return a completed IFP application, along with a jail account information sheet; or (2) pay the $402.00 filing fee. *Doc. 3*. The Court's Order specifically warned Mr. Brown that his failure to comply within 30 days would likely result in the dismissal of this lawsuit. *Id*.

To date, Mr. Brown has not addressed the filing-fee requirement, and the time to do so has passed.

### III. Conclusion:

IT IS THEREFORE RECOMMENDED THAT:

1. Mr. Brown's complaint be DISMISSED, without prejudice, based on his failure to: (1) comply with the Court's February 9, 2023 Order; (2) submit a completed IFP form or pay the filing fee; and (3) prosecute this lawsuit.

2. The Clerk be instructed to close this case.

Dated this 13th day of March, 2023.

_____
UNITED STATES MAGISTRATE JUDGE